David Hong, Esq. (CA# 195795)
david.hong@dhpatentlaw.com
LAW OFFICE OF DAVID HONG
P.O. Box 211, Santa Clarita, CA 91386-2111
Tel: (866) 824-8680
Fax: (866) 824-8680

Attorney for Plaintiff AIR DIMENSIONAL DESIGN, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR DIMENSIONAL DESIGN, INC., a California corporation,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>HAPPY JUMP INC., a California corporation; and ROUBIK AMIRIAN, an individual,<br><br>　　　　Defendants | Case No.: **CV12-5787 FMO (PJWx)**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Hon. Judge Fernando M. Olguin<br>Courtroom: Spring St. #22<br>**Judge Courtesy Copies: dropbox outside CR#22, 5th Floor** |

　　The Plaintiff AIR DIMENSIONAL DESIGN, INC. and the Defendants HAPPY JUMP INC. and ROUBIK AMIRIAN having reached a complete settlement of their disputes pursuant to a June 2013 Confidential Settlement Agreement, through their counsel of record, stipulate as follows:

　　1.　　All claims and counterclaims by all parties in this action are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorney's fees incurred in this action.

3. This Court (Western Division, Central District of California) shall retain exclusive jurisdiction over any action or motion relating to breach or enforcement of the "Confidential Settlement Agreement" between the parties.

Respectfully submitted,

                Respectfully submitted,

                LAW OFFICE OF DAVID HONG

Dated:                 _____

                David Hong, Esq.

                Attorney for Plaintiff

                LAW OFFICE OF ERIC ANVARI

Dated:                 _____

                Eric Anvari, Esq.

                Attorney for Defendants

                *******

                ORDER

IT IS SO ORDERED.

___/s/_____         Date: June 24, 2013

Fernando M. Olguin

United States District Court Judge